IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN WOODEN,                                                                              PLAINTIFF
ADC # 139811

V.                                    No. 5:10CV00335 SWW-BD

CURTIS MEINZER, *et al.*                                                                  DEFENDANTS

RECOMMENDED DISPOSITION

I.    **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

II.  **Background**:

On November 19, 2010, Plaintiff Justin Wooden, an inmate at the Varner Supermax Unit of the Arkansas Department of Correction, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #1)  He did not file a motion for leave to proceed *in forma pauperis*, nor did he pay the $350.00 filing fee.

On November 29, 2010, Mr. Wooden was ordered either to file an application for leave to proceed *in forma pauperis* or to pay the filing fee, within thirty days.  (#3)  He was also ordered to file an Amended Complaint within thirty days specifically explaining his constitutional claim, because the Complaint he filed does not state a claim for relief under 42 U.S.C. § 1983.  Mr. Wooden was notified that his failure to comply with the Court's order could result in dismissal of his case.

More than thirty days have passed, and Mr. Wooden has not responded to the Court's order.  He has not paid the filing fee or filed an application for leave to proceed *in forma pauperis*.  And, he has not filed an Amended Complaint.

III.  **Conclusion**:

The Court recommends that the District Court dismiss the complaint without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's order of November 29, 2010.  (#3)

DATED this 31st day of January, 2011.

```
                    _____/s/_____
                    UNITED STATES MAGISTRATE JUDGE
```