# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JUSTIN WOODEN,**  **PLAINTIFF**
**ADC # 139811**

**V.**  **No. 5:10CV00335 SWW-BD**

**CURTIS MEINZER,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of November 29, 2010.

IT IS SO ORDERED, this 24th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE