# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JUSTIN WOODEN,**                                                                **PLAINTIFF**
**ADC # 139811**

**V.**               **No. 5:10CV00335 SWW-BD**

**CURTIS MEINZER,** *et al.*                                       **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 24th day of February, 2011.

                                                        <u>/s/Susan Webber Wright</u>
                                                        UNITED STATES DISTRICT JUDGE